# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JOEL SALGADO, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-399 (MTT) |
| Deputy Warden WILLIAM POWELL, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends dismissing Plaintiff Joel Salgado's complaint in its entirety for failing to comply with the Court's orders and for not diligently prosecuting his case pursuant to Federal Rule of Civil Procedure 41(b). Doc. 32. On December 8, 2017, the Magistrate Judge issued an order, advising the Plaintiff of Defendant William Powell's Motion to Dismiss (Doc. 26) and instructing the Plaintiff to file a response within 21 days. Doc. 29 at 3. The Plaintiff did not file a response, and on May 29, 2018, the Magistrate Judge ordered the Plaintiff to show cause as to why this action should not be dismissed for the Plaintiff's failure to prosecute. Doc. 31. Again, the Plaintiff failed to respond. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. Thus, the Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's complaint is **DISMISSED without prejudice**, and the Defendant's Motion to Dismiss (Doc. 26) is **DENIED as Moot**.

**SO ORDERED,** this 27th day of July, 2018.

                                        <u>S/ Marc T. Treadwell</u>
                                        MARC T. TREADWELL, JUDGE
                                        UNITED STATES DISTRICT COURT